THOMAS A. S. YOUNG AND RICHARD C. S. YEE *v.* DANIEL KWOCK, FRANCIS W. C. HU AND JANE KWOCK HU.

No. 4946.

SEPTEMBER 21, 1970.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*J. Harold Hughes* for the petition.